**Order entered August 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00370-CV

**TIERONE CONVERGED NETWORKS, INC., Appellant**

**V.**

**LAVON WATER SUPPLY, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. 005-00055-2013**

## ORDER

We **GRANT** appellant's August 15, 2013 motion for an extension of time to file a reply brief. Appellant shall file its reply brief on or before August 30, 2013.

/s/    DAVID LEWIS
        JUSTICE